SM

==New Case==

## In the Washington Court at the northern district of illinois

i; man;
Terron Darnell Washington
    Prosecutor

Case number

23-cv-3972
Judge Durkin
Magistrate Judge Fuentes

Pursuing

DIANN KAREN
MARSALEK
Wrongdoer

nature of case;
Claim of trepass
[by way of due process
of Law denial]

i require; a court of record

---

Claim trepass [by way of denial of due process of Law]

i; man; Claim trepass; said trepass is, do[es] cause harm to man

i, say all herein be true

RECEIVED
JUN 21 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

by; terron

6/17/23

care of; 3711 S.
Vincennes Ave unit 303
Chicago, Illinois [60653]

Note: New Case

This court has Jurisdiction pursuant to Title 28 §1331

Attn: Thomas Bruton, Clerk

I want a docket number at no cost to me Article 1 Section 12, Illinois Right to Remedy and Justice;

No law requires a man to diminish his status by filing an Informa Pauper's form or to claim to be Indigent.



6/17/23

terron

**Diann Karen Marsalek**

*Note: This individual is impersonating a Judge with intent to defraud the "United States" 18 U.S. Code § 912*

IL. Secy. of State
Chicago, IL 60602-3202

**DM**

Peer Reviews
5.0/5.0

Client Reviews
No Reviews

[UPDATE YOUR PROFILE]

## Education & Credentials

| | |
|---|---|
| University Attended: | DePaul University, B.A., 1983; DePaul University, M.A., 1986 |
| Law School Attended: | Northern Illinois University, J.D., 1989 |
| Year of First Admission: | 1990 |
| Admission: | 1990, Illinois |
| ISLN: | 912643685 |

## Featured Attorneys

**JS** Joel E. Siegel
Member at Wood, Phillips, Katz, Clark & Mortimer
Chicago, IL
AV None
PHONE CONTACT WEBSITE

**SK** Susan V. Kai
Member at Eversheds Sutherland (US) LLP
Chicago, IL
None None
PHONE CONTACT WEBSITE

Thomas R. Pender
Member at Cremer Law, LLC
Chicago, IL
AV (12) None
312-482-0283 CONTACT WEBSITE

## Areas of Practice (4)

Constitutional Law   Civil Rights   Administrative Law   Torts

## Peer Reviews

5.0/5.0   Peer reviews submitted prior to 2006 are not displayed.

## Client Reviews